IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GARY ANTINELLI,

    Plaintiff,

  v.

UNITED STATES POST OFFICE SERVICE,
WILBUR LITTLE AND DOES 1–100,

    Defendants.
                            /

No. C 06-04298 WHA

**ORDER TO SHOW CAUSE**

      The United States Postal Service has moved to dismiss the complaint insofar as it is directed against the Postal Service. (The plaintiff actually sued the "United States Post Office Service.") The motion was filed July 21, for hearing September 7. An opposition or statement of non-opposition therefore was due August 17. *See* Civil L.R. 7-3(a). None was filed. Plaintiff Gary Antinelli is **ORDERED TO SHOW CAUSE** why the motion should not be granted without a hearing, due to his failure to oppose it or, alternatively, due to his failure to prosecute this action. The answer is due **FRIDAY, SEPTEMBER 8, 2006**. The hearing on the motion is **CONTINUED TO 8 A.M., THURSDAY, SEPTEMBER 14, 2006**.

      **IT IS SO ORDERED.**

Dated: August 30, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE